UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| FARON HEMBREE, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E.I. DU PONT NEMOURS AND COMPANY,<br><br>Defendants. | CASE NO. 3:13-CV-05161-DPR<br><br>HON. DAVID P. RUSH<br><br>ACTION FILED: DECEMBER 17, 2013 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

PLEASE TAKE NOTICE that Plaintiff Faron Hembree ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to all Defendants.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

1

(A) **Without a Court Order.** Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

Defendants have neither answered Plaintiff's Class Action Complaint, nor filed a motion for summary judgment. Plaintiff's counsel have consulted with counsel for all Defendants, Dale G. Wills, Esq. of Swanson, Martin & Bell, LLP, who has not yet entered his appearance, and the parties have agreed as follows: (a) that any applicable statute of limitations relating to the claims asserted in Plaintiff's Class Action Complaint of December 17, 2013 is hereby tolled from December 17, 2013 until April 1, 2014; (b) that any party may terminate this tolling agreement on written notice to counsel for the other party; and (c) that upon the expiration of the tolling period, either on April 1, 2014 or an earlier date following written notification of termination, Plaintiff shall have twenty-one (21) days thereafter to refile his complaint.

Accordingly, Plaintiff's Class Action Complaint is hereby dismissed, on the aforementioned terms agreed to by the parties, *without prejudice* and without an Order of the Court.

Dated: December 30, 2013                     CUNEO GILBERT & LADUCA, LLP

                                             By: /s/ Michael J. Flannery_____
                                                 Michael J. Flannery, Bar No. 52714
                                             300 North Tucker Blvd., Suite 801
                                             St. Louis, MO  63101
                                             Telephone: (314) 226-1015
                                             mflannery@cuneolaw.com

Charles J. LaDuca (*pro hac vice* to be filed)
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Erica C. Mirabella (*pro hac vice* to be filed)
1322 Boylston St., 5th Flr.
Boston, MA 02116
Telephone: (617) 580-8270
Facsimile: (617) 583-1905
emirabella@gnemlaw.com

Robert K. Shelquist (*pro hac vice* to be filed)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave., S., Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
rkshelquist@locklaw.com

Michael A. McShane (*pro hac vice* to be filed)
AUDET & PARTNERS, LLP
221 Main Street. Suite 1460
San Francisco, CA 94105
Telephone: (415)568-2555
mmcshane@audetlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Michael J. Flannery, an attorney, certify that on this 30th day of December, 2013, I served the above and foregoing **Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)**, by both e-mail and first-class mail, postage prepaid, on the following:

**Dale G. Wills, Esq.**
**Swanson, Martin & Bell, LLP**
**330 North Wabash**
**Suite 3300**
**Chicago, IL 60611**
**Telephone: (312) 321-9100**
**E-mail: dwills@smbtrials.com**

*Counsel for All Defendants*

/s/ Michael J. Flannery_____
Michael J. Flannery